```
          UNITED STATES DISTRICT COURT
             DISTRICT OF MINNESOTA
          Criminal No.10-122 (JNE/JJG)
```
_____

**United States of America,**

        **Plaintiff,**

**vs.**                                         **NOTICE OF APPEARANCE**

**Rogelio Obeso-Melchor,**

        **Defendant.**
_____

    Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that William H. McKibbin, shall appear as counsel of record for Defendant, Rogelio Obeso-Melchor in this case.

Dated: 17 May 2010        Respectfully submitted,

                                  s/William H. McKibbin
                                  William H. McKibbin #0249828
                                  William H. McKibbin, P.A.
                                  400 Lake Street East
                                  Minneapolis, Minnesota 55408
                                  612-827-1010

                                  **ATTORNEY FOR DEFENDANT**